1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC PREMIER TRUST, FBO CAROL PATTERSON, CURTIS ROTH IRA ACT 080000001188,

                Plaintiff,

        v.

ROY WALTON, et al.,

                Defendants.

Case No.  3:23-cv-00089-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Re: Dkt. No. 6

Magistrate Judge Sallie Kim issued a Report and Recommendation that I remand this pro se case to state court due to lack of subject matter jurisdiction.  [Dkt. No. 6].  No party has objected.  *See* Fed. R. Civ. Proc. 72(b).

I have reviewed the entirety of the record and docket.  I agree that I lack subject matter jurisdiction and so I ADOPT the Report and Recommendation.  This case is hereby REMANDED to the California Superior Court for Contra Costa County.

**IT IS SO ORDERED.**

Dated: January 30, 2023



William H. Orrick
United States District Judge